Alan L. Martini SB#77316
SHEUERMAN, MARTINI & TABARI
A Professional Corporation
1033 Willow Street
San Jose, CA 95125
(408) 288-9700
Fax: (408) 295-9900

Attorneys for Plaintiff, PENGILLY MASONRY, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENGILLY MASONRY, INC.<br><br>Plaintiff,<br><br>v.<br><br>ASPEN INSURANCE UK LIMITED, and Does 1 through 25, inclusive,<br><br>Defendants. | No. 2:09-cv-00802-FCD-EFB<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

**TO THE COURT:** Plaintiff, PENGILLY MASONRY, INC., and defendant, ASPEN INSURANCE UK LIMITED, hereby stipulate that they have reached a complete and good faith settlement of the entire action, including plaintiff's claims for declaratory relief, breach of contract, and breach of the implied covenant of good faith and fair dealing.

Therefore, the stipulating parties request that the Court enter dismissal with prejudice of the entire matter.

Dated: October 8, 2010

SHEUERMAN, MARTINI & TABARI

By: ______/s/________________________
Alan L. Martini
Attorneys for Plaintiff

Dated: October 8, 2010

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: ____/s/________________________________
Joseph Sammartino Gardner
Attorneys for Defendant
ASPEN INSURANCE UK LIMITED

**ORDER**

The Court approves the foregoing stipulation, and

IT IS HEREBY ORDERED that the above action is dismissed with prejudice. The clerk is directed to enter dismissal accordingly.

Dated: October 8, 2010

_______________________________
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE